WOODY *v.* UNITED STATES.

No. 135.   Argued January 14, 1959.—Decided March 23, 1959.

*Clarence O. Woolsey,* acting under appointment by the Court, 358 U. S. 802, argued the cause and filed a brief for petitioner.

*Beatrice Rosenberg* argued the cause for the United States.   With her on the brief were *Solicitor General Rankin, Assistant Attorney General Anderson* and *Robert G. Maysack.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.